TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00713-CR


NO. 03-03-00714-CR






Willis Martin, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NOS. 53090 & 53091, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING






O R D E R


PER CURIAM

Martin's pro se motion to represent himself on appeal is overruled insofar as it
requests that appointed counsel be dismissed. It is granted insofar as Martin will be permitted to file
a pro se brief in his own behalf.

It is ordered January 23, 2004.


Before Justices Kidd, Puryear and Pemberton

Do Not Publish